United States District Court
for the
Southern District of Florida

| | |
|---|---|
| John Roddy, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-21348-Civ-Scola |
| | ) |
| International Product Marketing LLC, Defendant. | ) |

### Order Remanding Case

This matter is before the Court upon an independent review of the record. Previously, the Court ordered the Defendant to show cause why the Court should not remand this matter as improperly removed because the underlying state court case was filed in Ohio state court. (Order to Show Cause, ECF No. 8.) In response, the Defendant requests that the Court remand this matter to Ohio state court. (Resp., ECF No. 12.) Having reviewed the response, the record, and the relevant legal authorities, the Court **remands** this matter.

The Defendant agrees with the Court that this matter should be remanded. (Resp. ¶ 3.) The complaint was filed in Summit County, Ohio, and the Defendant now requests that the Court remand this matter there. (Resp. ¶¶ 3-4.) Because the appropriate District Court for removal of this action would have been the Northern District of Ohio, the Court agrees that it should remand the case. "Where there is a defect in the removal process, remand is the appropriate remedy." *Daedalus Cap. LLC. v. Vinecombe*, No. 8:12-CV-2533, 2013 WL 12173613, at *2 (M.D. Fla. Jan. 30, 2013) (remanding case filed in the wrong district for failure to comply with the terms of 18 U.S.C. § 1446(a)).

For the reasons stated above, the Court **remands** this case to state court. The Court **directs** the Clerk to **close** this case and take all necessary steps to ensure the prompt remand of this matter and the transfer of this file back to the **Court of Common Pleas for Summit County, Ohio**. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on April 20, 2023.

_____
Robert N. Scola, Jr.
United States District Judge